1  MELINDA HAAG (CASBN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  AUTUMN R. PORTER (CASBN 240750)
   Special Assistant United States Attorney
5
       Defense Language Institute – Criminal Law
6      1336 Plummer Street, Building 275
       Monterey, CA  93944
7      Telephone: (831) 242-6394
       Email: autumn.r.porter.mil@mail.mil
8
9  Attorneys for Plaintiff

**FILED**

AUG 1 3 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

10             UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                   SALINAS DIVISION

13  UNITED STATES OF AMERICA,        ) Criminal No.: CR-11-00868 HRL
                                     )
14              Plaintiff,           ) STIPULATION AND [PROPOSED]
                                     ) ORDER EXCLUDING TIME
15      vs.                          )
                                     )
16  MICHAEL WAYNE BURKHART,          )
                                     )
17              Defendant.           )
                                     )
18  _____)

19      On August 6, 2012, the parties in this case appeared before the Court for a status hearing.

20  The parties jointly requested that the case be continued from August 6, 2012, until October 1,

21  2012 at 9:30 a.m., in order to allow counsel reasonable time necessary for effective preparation.

22  In addition, the parties requested an exclusion of time under the Speedy Trial Act, from August

23  6, 2012 to October 1, 2012 at 9:30 a.m.  The parties agree and stipulate that an exclusion of time

24  is appropriate based on the defendant's need for effective preparation of counsel.

25

26

                                   1
   STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
   CASE NO: CR-11-00868 HRL

SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: August 10, 2012

_____/S/_____
AUTUMN R. PORTER
Special Assistant United States Attorney

DATED:

_____/S/_____
MANUEL ARAUJO
Counsel for the Defendant

ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from August 6, 2012 to October 1, 2012. The Court finds, based on the aforementioned reasons, that the ends of justice are served by granting the requested continuance and outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny the parties reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: 8/13/12

HOWARD R. LLOYD
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CASE NO: CR-11-00868 HRL