MELINDA HAAG (CASBN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ROBERT K. PRUITT (KYBN 93232)
Special Assistant United States Attorney

    Defense Language Institute – Criminal Law
    1336 Plummer Street, Building 275
    Monterey, CA 93944
    Telephone: (831) 242-6394
    Email: robert.k.pruitt.mil@mail.mil

Attorneys for Plaintiff

**Filed**

**SEP 28 2012**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-11-00868 HRL |
| Plaintiff, | MOTION AND [PROPOSED] ORDER TO DISMISS |
| vs. | |
| MICHAEL WAYNE BURKHART, | |
| Defendant. | |

1. The United States moves that all charges in the Information filed on November 30, 2011, against the above named defendant, be dismissed.

2. The United States makes this motion in the interests of Justice.

                                              MELINDA HAAG
                                              United States Attorney

                                              /S/
                                              ROBERT K. PRUITT
                                              Special Assistant United States Attorney

## ORDER

Based on the government's motion and good cause appearing, IT IS HEREBY ORDERED that the above entitled matter is dismissed without prejudice.

Dated: 9/28 2012

~~PAUL S. GREWAL~~ Nathanael M Cousins
United States Magistrate Judge